


**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 3/9/11

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LISA M. RICHARDSON
Assistant Corporation Counsel
phone: (212) 442-0832
fax: (212) 788-9776
email: lrichard@law.nyc.gov

**MEMO ENDORSED**

March 9, 2011

*[Handwritten: 3/9/2011 No — the conference was NOT adjourned. But I will adjourn it to a date certain]*

BY FACSIMILE
(212) 805-6326
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Mario Delorbe v. City of New York, et al., 10 Civ. 8822 (CM)

Dear Judge McMahon:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced case. On March 2, 2011 this office wrote to respectfully request: (1) that the Court extend the City's time to answer or otherwise respond to the complaint until thirty (30) days after this office receives a properly executed criminal records release pursuant to NYCPL §160.50 from plaintiff; and (2) that the initial conference currently scheduled for March 11, 2011 at 10:30 a.m. be adjourned to a date convenient with the Court after the City's answer is filed. On March 3, 2011 Your Honor endorsed defendant's letter, and granted the request for an extension of time to respond to the complaint. However, it was unclear from Your Honor's endorsement whether the request to adjourn the initial conference had been granted, and the document that appears on ECF as Docket Entry No. 4 links to a scheduling order in an unrelated matter. Additionally, plaintiff's counsel has informed this office that he is currently on trial in Part 35 of Brooklyn Supreme Criminal Court and that the trial is expected to last through Friday, March 11, 2011. Accordingly, I am writing on behalf of both parties to confirm that the initial conference originally scheduled for March 11, 2011 has been adjourned without date, pending defendant's answer.

    Thank you for your consideration in this regard.

Respectfully submitted,

*[signature]*

Lisa M. Richardson
Assistant Corporation Counsel
Special Federal Litigation Division

cc:  BY EMAIL
robmarinelli@gmail.com
Robert Marinelli, Esq.
305 Broadway, 14th Floor
New York, NY 10007

2